IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONY A. HICKMAN
ADC # 090793                                                                                          PETITIONER

V.                            CASE NO. 5:17-CV-00127-SWW-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                                    RESPONDENT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly. A certificate of appealability will not issue.

SO ORDERED this 8th day of August, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE