IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONY A. HICKMAN
ADC # 090793                                                                                    PETITIONER

V.                          CASE NO. 5:17-CV-00127-SWW-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                                  RESPONDENT

## **JUDGMENT**

Hickman's petition for a writ of habeas corpus is dismissed without prejudice.

SO ADJUDGED this 8th day of August, 2017.

                                                    /s/Susan Webber Wright

                                     UNITED STATES DISTRICT JUDGE